UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 1:21-cr- |
| v. | ) | |
| RALPHIE GARCIA | ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 15th day of March, 2021.

This 15th day of March, 2021.

JOHN J. FARLEY
Acting United States Attorney

By: /s/ Charles L. Rombeau
Charles L. Rombeau
Assistant U.S. Attorney

WARRANT ISSUED: _____